UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW L. MATTIODA,<br><br>Plaintiff,<br><br>v.<br><br>JIM BRIDENSTINE, et al.,<br><br>Defendants. | Case No. 20-cv-03662-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 79 |

The Parties report that this case has settled. Dkt. 79. They indicate that they anticipate settlement proceeds will be disbursed and that a dismissal with prejudice will be filed within the next 90 days. Accordingly, all previously-scheduled case management deadlines are vacated, including the May 13, 2025 case management conference.

No later than **August 5, 2025**, the Parties shall file a stipulation of dismissal or a joint status report informing the Court as to (1) the status of the Parties' efforts regarding settlement and (2) how much additional time, if any, is requested to file a stipulation of dismissal. The Parties shall then appear on **August 12, 2025** at 10:00am and show cause, if any, why this case should not be dismissed.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: May 8, 2025

SUSAN VAN KEULEN
United States Magistrate Judge