CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH W. BRAKEBILL (CABN 196696)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7167
FAX: (415) 436-7169
Kenneth.Brakebill@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW MATTIODA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN DUFFY, in his official capacity as Acting Administrator of National Aeronautics and Space Administration,<br><br>Defendant. | CASE NO. 20-cv-03662-SVK<br><br>**STIPULATON OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Susan van Keulen |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the settlement agreement entered into by the parties to this action, Plaintiff and Defendant hereby stipulate to dismiss, with prejudice, the above-captioned action. Each party shall bear its own costs, expenses, fees.

IT IS SO STIPULATED.

DATED: September 29, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kenneth Brakebill*
KENNETH W. BRAKEBILL
Assistant United States Attorney

Attorneys for Federal Defendant

DATED: September 29, 2025

*/s/ Andrew Mattioda*
ANDREW MATTIODA, Ph.D.

Pro Se Plaintiff

**ECF ATTESTATION**

*In accordance with Civil Local Rule 5(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*